UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------

GARRICK MEIKLE,

               Plaintiff,          20cv953 (JGK)

    - against -                ORDER

TRANSACTION NEWTORK SERVICES, INC.,

               Defendant.
----------------------------------------

JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) report by May 22, 2020.

**SO ORDERED.**

Dated:   New York, New York
          May 11, 2020             /s/ John G. Koeltl
                                            John G. Koeltl
                                 United States District Judge