

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | RALEIGH, NC |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | RAPID CITY, SD |
| ATLANTA, GA | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | SACRAMENTO, CA |
| BALTIMORE, MD | HONOLULU, HI | NEW YORK, NY | SALT LAKE CITY, UT |
| BERKELEY HEIGHTS, NJ | HOUSTON, TX | NORFOLK, VA | SAN DIEGO, CA |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | OMAHA, NE | SAN FRANCISCO, CA |
| BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN JUAN, PR |
| CHARLOTTE, NC | KANSAS CITY REGION | ORLANDO, FL | SEATTLE, WA |
| CHICAGO, IL | LAS VEGAS, NV | PHILADELPHIA, PA | SILICON VALLEY, CA |
| CINCINNATI, OH | LONG ISLAND, NY | PHOENIX, AZ | ST. LOUIS, MO |
| CLEVELAND, OH | LOS ANGELES, CA | PITTSBURGH, PA | TAMPA, FL |
| DALLAS, TX | MADISON, WI | PORTLAND, OR | WASHINGTON DC REGION |
| DAYTON, OH | MEMPHIS, TN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DENVER, CO | MIAMI, FL | PROVIDENCE, RI | |

DIRECT DIAL: (212) 545-4045
EMAIL ADDRESS: ADAM.GROSS@JACKSONLEWIS.COM

June 11, 2020

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
500 Pearl Street
United States Courthouse, Southern District of New York
New York, NY 10007

        Re:    Meikle v. Transaction Network Services, Inc.
               Case No. 1:20-cv-00953 (JGK)

Dear Judge Koeltl:

      We represent Defendant in the above-referenced matter. Pursuant to Your Honor's Individual Practices, we write to respectfully request a two-week extension of time from June 12, 2020 up to and including June 26, 2020 for the parties' disclosures under the Pilot Discovery Protocols for Counseled Employment Cases ("Discovery Protocols"). The disruption to business operations caused by the COVID-19 pandemic has made it more difficult to obtain the documents Defendant is required to produce under the Discovery Protocols

      Defendant makes this request <u>with the consent of Plaintiff</u>, and this is Defendant's first request for an extension of this deadline. We not believe an extension should affect any other scheduled dates in this matter.

      We thank the Court for its courtesy and attention to this matter.

                Respectfully submitted,

                JACKSON LEWIS P.C.

                */s Adam S. Gross*

                Adam S. Gross

cc:    Counsel of Record (via ECF)
4826-0486-8031, v. 1