UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARRICK MEIKLE,

                Plaintiff,

v.

TRANSACTION NETWORK SERVICES, INC.,

                Defendant.

Civ. No.: 1:20-cv-00953 (JGK)

**Revised Scheduling Order**

This Revised Scheduling Order is adopted in accordance with Rule 26(f) of the Federal Rules of Civil Procedure.

| Task | To Be Completed By: |
|---|---|
| Completion of fact discovery | June 30, 2021 |
| Parties to submit pre-motion letters requesting permission to file a motion for summary judgment | July 23, 2021 |
| Parties respond to pre-motion letters | August 2, 2021 |
| Deadline for dispositive motions | August 20, 2021 |
| Completion of expert discovery | 60 days after the Court issues a ruling on Defendant's motion for summary judgment |
| Deadline for joint pre-trial order | Three weeks after the completion of expert discovery. |
| Trial | The parties shall be ready for trial on 48 hours' notice, on or after two weeks following submission of the joint pre-trial order. |

SO ORDERED:

/s/ John G. Koeltl
_____
Hon. John G. Koeltl, U.S.D.J.

Dated: __March 19_____, 2021
       New York, New York


4817-2437-0657, v. 1