UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARRICK MEIKLE,

    Plaintiff,

-against-

TRANSACTION NETWORK SERVICES, INC.,

    Defendant.

20-CV-953 (JGK) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/21

**BARBARA MOSES, United States Magistrate Judge.**

    The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (Dkt. No. 35.) All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses. Parties and counsel are cautioned:

1. All discovery must be initiated in time to be concluded by the close of discovery set by the Court.

2. Discovery applications, including letter-motions requesting discovery conferences, must be made promptly after the need for such an application arises and must comply with Local Civil Rule 37.2 and § 2(b) of Judge Moses's Individual Practices. It is the Court's practice to decide discovery disputes at the Rule 37.2 conference, based on the parties' letters, unless the Court determines that more formal briefing is required.

1

Absent extraordinary circumstances, discovery applications made later than 30 days prior to the close of discovery may be denied as untimely.

3. For motions other than discovery motions, pre-motion conferences are not required, but may be requested where counsel believe that an informal conference with the Court may obviate the need for a motion or narrow the issues.
4. Requests to adjourn a court conference or other court proceeding (including a telephonic court conference) or to extend a deadline must be made in writing and in compliance with § 2(a) of Judge Moses's Individual Practices. Telephone requests for adjournments or extensions will not be entertained.
5. In accordance with § 1(d) of Judge Moses's Individual Practices, letters and letter-motions are limited to four pages, exclusive of attachments. Courtesy copies of letters and letter-motions filed via ECF are required only if the filing contains attachments, which must be attached with protruding tabs.

The Court notes that plaintiff has filed two (seemingly identical) letter-motions to compel discovery. (Dkt. Nos. 32 and 33.) However, according to defendant, the requested discovery has been provided, with the exception of "the emails," which defendant is withholding pending plaintiff's agreement to a form of confidentiality order. The Court further notes that the parties have jointly requested an extension of the fact discovery deadline in this action, from June 30 to July 21, 2021. (Dkt. No. 36.)

It is hereby ORDERED that defendants shall complete its document production immediately. If and to the extent the parties have not yet stipulated to a confidentiality order, any emails marked CONFIDENTIAL upon production shall be treated as "attorney's eyes only" by plaintiff's counsel of record (who shall not further disclose the CONFIDENTIAL materials to any

other person) until the Court has ordered otherwise or the parties have submitted a stipulated confidentiality order. It is further ORDERED that plaintiff's discovery letter-motions are DENIED without prejudice to renewal (if necessary), after production of the emails and in accordance with Local Civil Rule 37.2 and Moses Ind. Prac. § 2(b). By separate order, the Court will issue the revised scheduling order requested by the parties.

The Clerk of Court is respectfully directed to close Dkt. Nos. 32, 33, and 36.

Dated: New York, New York
June 22, 2021

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**