UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARRICK MEIKLE,                             20-cv-953 (JGK)

                Plaintiff,         ORDER

- against -

TRANSACTION NETWORK SERVICES, INC.,

                Defendants.

**JOHN G. KOELTL, District Judge:**

As stated at the teleconference in this case on September 8, 2021, the defendant should file its motion for summary judgment by **October 8, 2021**. The plaintiff should respond by **October 29, 2021**. The defendant should reply by **November 9, 2021**.

SO ORDERED.

Dated:    New York, New York
          September 8, 2021

                                           _____
                                              John G. Koeltl
                                        **United States District Judge**