UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARRICK MEIKLE,

              Plaintiff,            20-cv-953 (JGK)

     - against -                ORDER

TRANSACTION NETWORK SERVICES, INC.,

              Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for oral argument regarding the defendant's motion for summary judgment on **May 12, 2022, at 10:00 a.m.** Dial-in: (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           April 28, 2022

                                        John G. Koeltl
                                 United States District Judge