```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

GARRICK MEIKLE,

                      Plaintiff,                  20-cv-953 (JGK)

      - against -                      ORDER

TRANSACTION NETWORK SERVICES, INC.,

                      Defendant.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    For the reasons explained on the record at today's conference, the defendant's motion for summary judgment is **granted in part and denied in part.** The plaintiff's claims under the New York City Human Rights Law and Title VII of the Civil Rights Act of 1964 are dismissed. The plaintiff's breach of contract claim is also dismissed. The plaintiff may not amend the Complaint to add additional state law claims. Summary judgment is **denied** with respect to the plaintiff's claims under the Americans with Disabilities Act and the New York State Human Rights Law.

    The joint pre-trial order, requests to charge, proposed voir dire, and motions in limine are due June 17, 2022. Responses and objections are due June 24, 2022. The parties are directed to be ready for trial, on 48 hours' notice, beginning July 8, 2022.

1

The Clerk is directed to close Docket No. 49.

SO ORDERED.

Dated:    New York, New York
          May 17, 2022

_____
John G. Koeltl
United States District Judge