UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARRICK MEIKLE,

    Plaintiff,

  -against-

TRANSACTION NETWORK SERVICES, INC.,

    Defendant.

20-CV-00953 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    A settlement conference is scheduled in this matter before Magistrate Judge Barbara Moses on September 6, 2022, at 2:15 p.m., in Courtroom 20A, 500 Pearl Street, New York, NY 10007. The Court is in receipt of defendant's confidential settlement letter. However, plaintiff never submitted his confidential settlement letter, as required by ¶ 3 of the Court's Scheduling Order (Dkt. 76). Further, it appears from defendant's letter that the parties did not conduct a good-faith settlement discussion after the settlement conference was scheduled, as required by ¶ 2 of the Scheduling Order. While defendant has made a new settlement offer as required, plaintiff has yet to respond.

    By 5:00 p.m. on September 1, 2022, the parties shall meet and confer to exchange good-faith settlement offers, and plaintiff shall submit a confidential settlement letter detailing that negotiation in accordance with ¶ 3 of the Scheduling Order.

Dated: New York, New York
       August 31, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**