UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARRICK MEIKLE,

                Plaintiff,

- against -

TRANSACTION NETWORK SERVICES, INC.,

                Defendant.

20-cv-953 (JGK)
(BCM)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should be ready for trial on 48 hours notice on or after 10/14/22.

SO ORDERED.

Dated:    New York, NY
            September 5, 2022

                                        John G. Koeltl, U.S.D.J.